# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 SEP -4 AM 7:02

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| SOLOMAN FULLER<br>a/k/a Sulliamon Mateen Saleem | CASE NUMBER(s): 3:99-cr-151-J-25JRK<br>3:00-cr-180-J-25HTS<br>USM NUMBER: 28760-018 |
| | Defendant's Attorney: Lisa Call, Esq. (pda) |

**THE DEFENDANT:**

__X__ pleaded guilty to allegation number __10__ of the Petition.
__X__ was found guilty on allegation(s) __3, 6-9, 11-13__ of the Petition, after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| Three | Obtained New Credit/Loan without approval | November 28, 2007 |
| Six | Failure to Make Restitution in violation of the Court's Order | May 2, 2008 |
| Seven | New Criminal Conduct, Obtaining Property with a Worthless Check | April 8, 2008 |
| Eight | Obtained New Credit/Loan without approval | April 8, 2008 |
| Nine | New Criminal Conduct, Issuing a Worthless Check | April 15, 2008 |
| Ten | Travel Outside the District without permission | April 30, 2008 |
| Eleven | New Criminal Conduct, Obtaining Property with a Worthless Check | April 30, 2008 |
| Twelve | Failure to Follow the Instructions of the probation officer | May 2, 2008 |
| Thirteen | Obtained New Credit/Loan without approval | May 2, 2008 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant's terms and conditions of supervised release are hereby revoked and no new term of supervision shall be imposed.

AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 2

| | | |
|---|---|---|
| Defendant: | SOLOMON FULLER | Judgment - Page 2 of 3 |
| | a/k/a Sulaiman Manteen Saleem | |
| Case No.: | 3:99-cr-151-J-25JRK; 3:00-cr-180-J-25HTS | |

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: August 28, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: September 3, 2008

AO 245B (Rev 06/05) Sheet 3 - Imprisonment

| | | |
|---|---|---|
| Defendant: | SOLOMON FULLER<br>a/k/a Sulaiman Manteen Saleem | Judgment - Page 3 of 3 |
| Case No.: | 3:99-cr-151-J-25JRK; 3:00-cr-180-J-25HTS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **fifteen (15) months to run concurrent with each other**.

__X__  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

__X__  The defendant shall cooperate in the collection of DNA as directed by the probation officer

___  The court makes the following recommendations to the Bureau of Prisons:

__X__  The defendant is remanded to the custody of the United States Marshal.
___  The defendant shall surrender to the United States Marshal for this district.

   ___ at ___ a.m./p.m. on ___.
   ___ as notified by the United States Marshal.

___  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   before 2 p.m. on    .
   ___ as notified by the United States Marshal.
   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to _____
_____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By:_____
Deputy Marshal